IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BRIGITTE MADDUX,<br>Individually and as guardian of<br>E.M., M.M., A.M., and A.M.,<br><br>  Plaintiffs,<br><br>v.<br><br>MATTHEW NIMMO,<br>GARY ARTHAUD, and<br>DALLAS COUNTY R-I SCHOOL<br>DISTRICT,<br><br>  Defendants. | Case No. 09-3030-CV-S-DGK |

## ORDER APPROVING MINORS' SETTLEMENTS

Plaintiffs E.M., M.M., A.M., and A.M. minors, (hereinafter referred to as "Minor Children") by their respective Next Friend Brigitte Maddux, and Brigitte Maddux, individually, and by Attorney Jerry M. Kirksey and Defendant Dallas County R-I School District (hereinafter referred to as "District") by its attorney, Natalie A. Hoernschemeyer have jointly petitioned this Court to approve the settlement of the Minor Children. Based on the evidence in the record before this Court, the Court being fully advised makes the following findings and orders:

1. A jury is waived herein.

2. No bonds are required of the Next Friend.

3. No conservatorship or estate is required because Next Friend is not left with any money or property of the Minor Children in an amount in excess of Ten Thousand Dollars ($10,000.00).

4. The total settlement of the claims of Plaintiff E.M. and her parents, as reflected in **Exhibit A** to the Joint Petition to Approve the Settlement, is fair and reasonable and in the best interest of said minor and is approved.

5. The total settlement of the claims of Plaintiff M.M. and her parents, as reflected in **Exhibit A** to the Joint Petition to Approve the Settlement is fair and reasonable and in the best interest of said minor and is approved.

6. The total settlement of the claims of Plaintiff A.M. and her parents, as reflected in **Exhibit A** to the Joint Petition to Approve the Settlement is fair and reasonable and in the best interest of said minor and is approved.

7. The total settlement of the claims of Plaintiff A.M. and her parents, as reflected in **Exhibit A** to the Joint Petition to Approve the Settlement is fair and reasonable and in the best interest of said minor and is approved.

8. The Next Friend has employed Jerry M. Kirksey, Attorney at Law, to prosecute the claims of the Minor Children and a fair and reasonable fee for the services of said attorney as to his representation of E.M., M.M., A.M. and A.M. is Nine Thousand Dollars and No Cents ($9,000.00); which sum has been already paid by parents Brigitte and John Maddux as detailed in **Exhibit A** to the Joint Petition to Approve the Settlement.

9. The Court finds that the Next Friend is authorized to collect and file an acknowledge satisfaction of said settlements on behalf of the Minor Children and is authorized to execute releases on behalf of the Minor Children, or such settlement documents as are reasonably required by Defendant or its insurers, including filing a dismissal with prejudice in this matter.

10. Per the agreement of the parties, the parties will bear their own respective court costs and attorneys fees herein.

**SO ORDERED:**

Date:   August 10, 2010                    /s/ Greg Kays
                                           Greg Kays, Judge
                                           United States District Court